UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff/Appellee, <br><br> vs. <br><br> GORDON TODD SKINNER, <br><br> Defendant/Appellant. | 3:03-cr-00176-LRH-VPC <br> 3:06-cv-00733-LRH-VPC <br><br> C/A #: 09-16633 <br><br> ORDER ON MANDATE |

   The above-entitled case having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on March 11, 2010, issued its mandate dismissing the appeal for lack of jurisdiction, and that such dismissal is without prejudice to the district court's ability to vacate and re-enter its judgment if it deems appropriate, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

   IT IS FURTHER ORDERED that the court's order denying Gordon Todd Skinner's 28 U.S.C. § 2255 petition as untimely (Doc. #117) is VACATED. The clerk of court is directed to RE-ENTER the court's order (Doc. #117) to coincide with the filing of this order.

   DATED this 9th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE